**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**LORIK PAPYAN**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>OVASAPYAN, et al.,<br><br>Defendant, | Case Number.: 3:18-cr-00533-RS-3<br><br>**DEFENDANT LORIK PAPYAN'S REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>**COURT: Courtroom of the Honorable Richard Seeborg United States District Judge** |

**TO THE HONORABLE RICHARD SEEBORG, JUDGE OF THE UNITED STATES DISTRICT COURT:**

COMES NOW defendant Lorik Papyan requests to substitute:

  ALEX R. KESSEL (State Bar No. 110715)
  15910 Ventura Blvd., Suite 1030
  Encino, California 91436
  Telephone: (818) 995-1422
  Facsimile: (818) 788-9408
  Email: kesselLawFirm@gmail.com

as his attorney of record in this action, in place of

  **Arash Moussavian** (State Bar No. 212100)
  Maranga Morgenstern
  88 Keany Street, Suite 1475
  San Francisco, CA 94108
  Phone: 415-248-5315
  Fax: 415-248-5314
  Email: arashmoussavian@cal.berkeley.edu

1

_____  9/20/19
Lorik Papyan, Client                Date

I accept this substitution:

_____  9/20/19
Alex Kessel, New Counsel            Date

I consent to the above substitution:

_____  9-23-19
Arash Moussavian, Present Counsel   Date