UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 10, 2021      **Time:** 20 minutes      **Judge:** RICHARD SEEBORG

**Case No.:** 18-cr-00533-3 RS    **Case Name:** USA v. Lorik Papyan

**Attorney for Government:** Andrew Dawson
**Attorney for Defendant:** Alex Kessel
**Defendant:** [X] Present   [ ] Not Present
**Defendants Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                    **Court Reporter:** Ana Dub
**Interpreter:** Armenian Interp. not needed     **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Held – via zoom.

## SUMMARY

Court proceedings held by zoom. Due to the COVID-19 pandemic, all parties consent to proceed by zoom. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Norman Meekay, Armenian Interp. was on standby.  Mr. Kessel stated on the record that Mr. Papyan does not need the assistance of the interpreter.

Defendant sworn in by clerk.  The defendant plead guilty to Count One of the Superseding Information.  Court accepted the plea and referred the case to the U.S. Probation Office for preparation of a presentence report.  Plea agreement filed with the Court.

**CASE CONTINUED TO:**   **3/29/2022 at 9:30 a.m.**   for Sentencing Hearing before Judge Richard Seeborg in courtroom #3, 17th Floor.