**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**LORIK PAPYAN**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br><br>LORIK PAPYAN,<br><br>             Defendants, | Case Number.: 3:18-cr-00533-RS-3<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE having been shown:

It is hereby Ordered that the sentencing hearing currently set for April 26, 2022 at 9:30 a.m., is continued to July 26, 2022 at 9:30 a.m. and will be held in person.

**IT IS SO ORDERED this** _15th_ **day of April 2022.**

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

1