# Exhibit B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

---

UNITED STATES OF AMERICA

v.

EDVIN OVASAPYAN, HAKOB KOJOYAN,
LORIK PAPYAN, AND STEPHEN SILVERMAN

Defendants.

Case No. 3:18-cr-533-RS

---

### DECLARATION OF HARPREET DHANOTA

Harpreet Dhanota, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am Director, Anti-Counterfeiting/Global Product Security, Head of Investigations, at Gilead Sciences, Inc. ("Gilead"). I am fully familiar with the facts set forth herein in support of Gilead's Victim Impact Statement, filed in the above-captioned matter.

2. In the United States, the only distributors to whom Gilead sells its Gilead-branded medications are Gilead-authorized distributors. A current list of Gilead's authorized distributors is available on Gilead's website: https://www.gilead.com/medicines/authorized-distributors.

3. In the United States, Gilead sells its Gilead-branded medication at a single price: the Wholesale Acquisition Cost ("WAC") price. The WAC price is set annually, and does not change from distributor to distributor. The correct WAC pricing for the Gilead-branded medications at issue for the years 2017 and 2018 are set forth at pages 8 and 9 of Gilead's Victim Impact Statement.

4.     The Gilead-branded medication at issue here, namely ATRIPLA®, BIKTARVY®, COMPLERA®, DESCOVY®, GENVOYA®, ODEFSEY®, STRIBILD®, TRUVADA®, and VIREAD® are available only by prescription. That means that each patient who was dispensed a counterfeit Gilead-branded medication necessarily had a prescription for that specific Gilead-branded medication by his or her health care provider. The only medication that could have lawfully been dispensed to each such patient was an authentic bottle of Gilead-branded medication. As noted above, Gilead only sells its authentic Gilead-branded medication to Gilead-authorized distributors. Thus, each of the counterfeits sold and distributed by Defendants displaced the sale of an equivalent bottle of authentic Gilead-branded medication from a Gilead-authorized distributor.

5.     Exhibit 1 to Gilead's Victim Impact Statement is a true and correct copy of excerpts of sales data from Scripts Wholesale Inc. ("Scripts"), showing counterfeit Gilead-branded HIV medications purchased by Scripts from Mainspring Distribution, LLC. Scripts produced those business records to Gilead in the course of discovery in Gilead's anti-counterfeiting civil litigation, *Gilead Sciences, Inc v. Safe Chain Solutions, LLC*, Case No. 21-cv-4106 (E.D.N.Y.) (the "Civil Action").

6.     Gilead does not have, and during the relevant time period never had, an address at 36 E. Industrial Road, Branford, CT 06405.

7.     Aamed LLC is not, and during the relevant time period never was, a Gilead-authorized distributor.

8.     In calculating its lost profits, Gilead publicly reports its cost of goods sold ("COGS") as a percent of net global sales across all products in its Form 10-K annual reports.

2

Gilead has applied that publicly reported COGS figure in calculating its lost profits in its Victim Impact Statement.

9. In connection with the Civil Action, Gilead determined that its publicly reported COGS in its Form 10-K – which, again, is reported as a percent of net global sales across all products – is _higher_ than Gilead's actual COGS for the U.S. Gilead-branded medications at issue here. Specifically, Gilead determined that for the years 2017 and 2018 (among others) Gilead's reported COGS in its Form 10-K reports was _higher_ than Gilead's actual COGS for the manufacture of the following medications for sale in the United States: ATRIPLA®, BIKTARVY®, COMPLERA®, DESCOVY®, GENVOYA®, ODEFSEY®, STRIBILD®, TRUVADA®, and VIREAD®.

10. By using the higher COGS figure from its Form 10-K reports, Gilead's calculation of its lost profits in its request for restitution is a conservative estimate that understates Gilead's actual losses.

11. I have reviewed Exhibit D to the government's restitution memo, entitled "Restitution Analysis for Losses Sustained by Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences LLC." The information contained in Exhibit D is accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _November 4_, 2024 _Foster City_, California

_/s/ Harpreet Dhanota_

Harpreet Dhanota