# Exhibit D

[Exhibit 1 to Gilead's Victim Impact Statement]

*U.S. v. Ovasapyan et al.*, 18-cr-533-RS (N.D. Cal.)

**Restitution Analysis for Losses Sustained by Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences LLC**

_____

# BACKGROUND

- Mainspring Distribution sold counterfeit Gilead-branded medication sourced through patient "buy-back" schemes.

- Mainspring sold these counterfeits to Lieb Pharmacy, which in turn sold counterfeits to Scripts Wholesale (owned by son of Lieb Pharmacy's owner).

- Counterfeit sales were accompanied by false and fraudulent "pedigrees"—*i.e.,* documents intended to track sales of medications from manufacturer throughout the distribution chain, as required by federal law.

2

# EXEMPLAR OF MAINSPRING FRAUDULENT PEDIGREE

- Gilead is listed on the pedigree as having an address at 36 E Industrial Road, Branford, CT 06405.

- That is not, and was not during the relevant time period, Gilead's address.

**Drug Supply Chain Security Act Document** Doc# 00000000050

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
ATRIPLA TABS 600-200-300MG, 30CT
NDC: 15584-0101-01

Reference Number: 01519366
Document Type: Invoice
Reference Date: 01/24/18

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 009870 | 2 | |
| 009872 | 2 | |
| 009436 | 1 | |

**(TH) Transaction History**

Manufacturer's Name: Gilead
Manufacturer's information: 36 E Industrial Rd  Branford, CT 06405

SOLD TO:
Name: Aamed LLC
Address: 8351 ELM AVE 103
RANCHO CUCAMONGA CA 91730
Date Purchased & Ref: 01/23/18

SHIPPED TO:
Name: Aamed LLC
Address: 8351 ELM AVE 103
RANCHO CUCAMONGA CA 91730
Date Received & Ref:

SOLD TO:
Name: Mainspring Distribution
Address: 569 Abbot Drive
Broomall PA 19008
Date Purchased & Ref: 01/23/18   1010533

SHIPPED TO:
Name: Mainspring Distribution
Address: 569 Abbot Drive
Broomall PA 19008
Date Received & Ref:

SOLD TO:
Name: LIEB PHARMACY
Address: 500616TH AVE
BROOKLYN NY 11204
Date Purchased & Ref: 01/23/18   1010533

SHIPPED TO:
Name: LIEB PHARMACY
Address: 500616TH AVE
BROOKLYN NY 11204
Date Received & Ref:

SOLD TO:
Name: Scripts Wholesale
Address: 5006 16th Ave Suite 3
Brooklyn NY 11204
Date Purchased & Ref: 01/23/18   PO#01131222

SHIPPED TO:
Name: Scripts Wholesale
Address: 5006 16th Ave Suite 3
Brooklyn NY 11204
Date Received & Ref: 01/24/18   RC#002272

SOLD TO:
Name: Nashville Pharmacy Services
Address: 719 Thompson Lane
Nashville TN 57100
Date Purchased & Ref: 01/24/18   01141870002

SHIPPED TO:
Name: Nashville Pharmacy Services
Address: 719 Thompson Lane
Nashville TN 57100
Date Received & Ref: 01/24/18   01141870002

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 2   pages.

# EXEMPLAR OF MAINSPRING FRAUDULENT PEDIGREE

- Gilead only sells Gilead-branded drugs to authorized distributors.

- Gilead maintains a list of its authorized distributors on its website: https://www.gilead.com/purpose/medication-access/authorized-distributors

- Aamed LLC has *never* been a Gilead-authorized distributor.

---

**Drug Supply Chain Security Act Document** Doc# 00000000050

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
ATRIPLA TABS 600-200-300MG, 30CT
NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 009870 | 2 | |
| 009872 | 2 | |
| 009436 | 1 | |

Reference Number: 01519366
Document Type: Invoice
Reference Date: 01/24/18

**(TH) Transaction History**

Manufacturer's Name: Gilead
Manufacturer's information: 36 E Industrial Rd Branford, CT 06405

SOLD TO: Aamed LLC, 8351 ELM AVE 103, RANCHO CUCAMONGA CA 91730
Date Purchased & Ref: 01/23/18
SHIPPED TO: Aamed LLC, 8351 ELM AVE 103, RANCHO CUCAMONGA CA 91730

SOLD TO: Mainspring Distribution, 569 Abbot Drive, Broomall PA 19008
Date Purchased & Ref: 01/23/18  1010533
SHIPPED TO: Mainspring Distribution, 569 Abbot Drive, Broomall PA 19008

SOLD TO: LIEB PHARMACY, 500616TH AVE, BROOKLYN NY 11204
Date Purchased & Ref: 01/23/18  1010533
SHIPPED TO: LIEB PHARMACY, 500616TH AVE, BROOKLYN NY 11204

SOLD TO: Scripts Wholesale, 5006 16th Ave Suite 3, Brooklyn NY 11204
Date Purchased & Ref: 01/23/18  PO#01131222
SHIPPED TO: Scripts Wholesale, 5006 16th Ave Suite 3, Brooklyn NY 11204
Date Received & Ref: 01/24/18  RC#002272

SOLD TO: Nashville Pharmacy Services, 719 Thompson Lane, Nashville TN 57100
Date Purchased & Ref: 01/24/18  01141870002
SHIPPED TO: Nashville Pharmacy Services, 719 Thompson Lane, Nashville TN 57100
Date Received & Ref: 01/24/18  01141870002

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 2 pages.

# COUNTERFEIT SALES BY MAINSPRING

| Date | Distributor | | Product | Lot |
|---|---|---|---|---|
| 1/24/2018 | MAINSPRING DISTRIBUTORS | Scripts | ATRIPLA TABS 600-200-300MG | 009436 |
| 1/24/2018 | MAINSPRING DISTRIBUTORS | Scripts | ATRIPLA TABS 600-200-300MG | TZCH |
| 1/24/2018 | MAINSPRING DISTRIBUTORS | Scripts | ATRIPLA TABS 600-200-300MG | 009870 |
| 1/24/2018 | MAINSPRING DISTRIBUTORS | Scripts | ATRIPLA TABS 600-200-300MG | 009872 |

- Exhibit A to Gilead's Victim Impact Statement shows all counterfeit sales Mainspring made to Lieb Pharmacy and Scripts Wholesale.

- Lot numbers included on Exhibit A come directly from the documents received by Gilead in the parallel civil litigation, including this exemplar. *See e.g.* Ex. A, p. 53.

**Drug Supply Chain Security Act Document** Doc# 00000000050

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
ATRIPLA TABS 600-200-300MG, 30CT
NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 009870 | 2 | |
| 009872 | 2 | |
| 009436 | 1 | |

Reference Number: 01519366
Document Type: Invoice
Reference Date: 01/24/18

**(TH) Transaction History**

Manufacturer's Name: Gilead
Manufacturer's information: 36 E Industrial Rd Branford, CT 06405

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Aamed LLC<br>Address: 8351 ELM AVE 103<br>RANCHO CUCAMONGA CA 91730<br>Date Purchased & Ref: 01/23/18 | Name: Aamed LLC<br>Address: 8351 ELM AVE 103<br>RANCHO CUCAMONGA CA 91730<br>Date Received & Ref: |
| Name: Mainspring Distribution<br>Address: 569 Abbot Drive<br>Broomall PA 19008<br>Date Purchased & Ref: 01/23/18    1010533 | Name: Mainspring Distribution<br>Address: 569 Abbot Drive<br>Broomall PA 19008<br>Date Received & Ref: |
| Name: LIEB PHARMACY<br>Address: 500616TH AVE<br>BROOKLYN NY 11204<br>Date Purchased & Ref: 01/23/18    1010533 | Name: LIEB PHARMACY<br>Address: 500616TH AVE<br>BROOKLYN NY 11204<br>Date Received & Ref: |
| Name: Scripts Wholesale<br>Address: 5006 16th Ave Suite 3<br>Brooklyn NY 11204<br>Date Purchased & Ref: 01/23/18   PO#01131222 | Name: Scripts Wholesale<br>Address: 5006 16th Ave Suite 3<br>Brooklyn NY 11204<br>Date Received & Ref: 01/24/18   RC#002272 |
| Name: Nashville Pharmacy Services<br>Address: 719 Thompson Lane<br>Nashville TN 57100<br>Date Purchased & Ref: 01/24/18   01141870002 | Name: Nashville Pharmacy Services<br>Address: 719 Thompson Lane<br>Nashville TN 57100<br>Date Received & Ref: 01/24/18   01141870002 |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 2    pages.

# COUNTERFEIT SALES BY MAINSPRING

| 2017 | | | |
|---|---|---|---|
| Medication | Quantity | WAC Price | Total |
| Atripla | 856 | 2447.10 | $2,094,714.08 |
| Biktarvy | 0 | N/A | |
| Complera | 652 | 2680.77 | $1,747,860.16 |
| Descovy | 1210 | 1567.64 | $1,896,849.04 |
| Genvoya | 2154 | 2755.48 | $5,935,302.74 |
| Odefsey | 0 | N/A | |
| Stribild | 930 | 3090.00 | $2,873,700.00 |
| Truvada | 1538 | 1567.64 | $2,411,036.22 |
| Viread | 31 | 1066.60 | $33,064.68 |
| Total | 7371 | | $16,992,526.93 |

| 2018 | | | |
|---|---|---|---|
| Medication | Quantity | WAC Price | Total |
| Atripla | 816 | 2724.08 | $2,222,851.07 |
| Biktarvy | 80 | 3060.33 | $244,826.40 |
| Complera | 567 | 2680.77 | $1,519,994.96 |
| Descovy | 1773 | 1675.81 | $2,971,207.97 |
| Genvoya | 2730 | 2945.67 | $8,041,682.47 |
| Odefsey | 368 | 2680.77 | $986,522.30 |
| Stribild | 1028 | 3090.00 | $3,176,520.00 |
| Truvada | 2151 | 1675.81 | $3,604,663.48 |
| Viread | 81 | 1140.25 | $92,359.97 |
| Total | 9594 | | $22,860,628.62 |

- This summary chart compiles all Gilead drugs sold by Mainspring in 2017 and 2018.

- As noted in its Victim Impact Statement, each counterfeit sale was a lost sale to Gilead, which sells **only** to authorized distributors and **only** at the Wholesale Acquisition Cost ("WAC") price.

6

# COST OF GOODS SOLD[*]

*Cost of Goods Sold and Product Gross Margin*

The following table summarizes the period-over-period changes in our product sales, cost of goods sold and product gross margin:

| (In millions, except percentages) | 2018 | Change | 2017 | Change | 2016 |
|---|---|---|---|---|---|
| Total product sales | $ 21,677 | (16)% | $ 25,662 | (14)% | $ 29,953 |
| Cost of goods sold | $ 4,853 | 11 % | $ 4,371 | 3 % | $ 4,261 |
| Product gross margin | 78% | | 83% | | 86% |

- Gilead's cost of goods sold in 2017 and 2018 was 17.0% and 22.4%, respectively, resulting in product gross margins of 83.0% and 77.6% for those years.

- Gilead's true cost of goods is significantly lower; these figures represent the most conservative estimate available.

* *Information collected from Gilead's 10-K submissions*

7

# GILEAD'S LOST REVENUE AND LOST PROFITS

- 2017 Lost Revenue - $16,992,526
- 2017 Lost Profit – $16,992,526*83.0% = $14,103,796

- 2018 Lost Revenue - $22,860,628
- 2018 Lost Profit – $22,860,628*77.6% = $17,739,847

- Total Lost Profits - $14,103,796 + $17,739,847 = **$31,843,643**

8